# LAW OFFICE OF JOHN GONZALEZ, P.C.

*3237 Route 112, Bldg 6, Suite 10, Medford, NY 11763*
*150 Motor Parkway, Suite 401, Hauppauge, NY 11788*
**(631) 451-7834** www.nybklawyer.com /
johngonzalez@nybklawyer.com

VIA ECF

Hon. Alan S. Trust
U.S. Bankruptcy Court
Eastern District of New York
Alfonse D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

RE: Paula Abbamonte
Case no.: 18-74154 (AST)

### Loan Modification Status Letter

To Whom It May Concern,

Regarding the above-mentioned client, a loan modification status letter was submitted by mistake on ECF on August 6th. We incorrectly assumed the package was delivered to the bank attorney from our office. This letter contains the correct information regarding the loss mitigation status of Ms. Abbamonte. A complete Loan Modification package was submitted to Ms. Deborah Callahan, bankruptcy paralegal of Shapiro, DiCaro & Barak, LLC on Wednesday August 8th through email. It was stated by Ms. Callahan that she submitted the package to Nationstar Mortgage, LLC (Mr. Cooper). As of August 9th, we are awaiting correspondence, regarding further documentation that is required by Nationstar Mortgage, LLC (Mr. Cooper), to continue the process of review for modification.

Respectfully Submitted,

s/ John Gonzalez

**Law Office of John Gonzalez P.C.**
3237 Route Building 6, Ste. 10
Medford, NY 11763
631-451-7834 phone
631-451-0118 fax