# Law Office of John Gonzalez, PC

*3237 Route 112, bldg. 6, suite 10, Medford NY 11763*
**(631) 451-7834 phone (631) 451-0118 fax**
**www.johngonzalezlawyer.com**

May 1, 2019

Re: Bankruptcy Case # 18-74154-AST, Paula Abbamonte - Debtor

## **LOSS MITIGATION STATUS LETTER**

To The Honorable Judge Alan S. Trust,

Ms. Abbamonte has paid the $4,000 contribution amount due 4/1/2019, to begin the modification process. She has also paid the modification amount of $4,643.14 on 5/1/2019. She will continue making this payment for a period of 9 months, until the trial ends on 1/1/2020. Please see attached trial plan agreement.

Please feel free to contact me at any time.

Respectfully,

 /s/ John Gonzalez _____
John Gonzalez, Esq.
Law Office of John Gonzalez P.C.
johngonzalez@nybklawyer.com



**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
https://myloanweb.com/BSI

03-15-2019

Account Number: ▮▮▮▮▮▮▮

118099-7.25 1 7274-1.2  1oz

PAULA ABBAMONTE
3237 NY ROUTE 112 BUILDING 6 SUITE
MEDFORD NY 11763

## TRIAL PLAN AGREEMENT

This Trial Plan Agreement ("Agreement") is made as of 03-15-2019 as used in this Agreement, the words "you" and "your" mean PAULA ABBAMONTE. "We", "us", and "our" mean BSI Financial Services. This Agreement is intended to provide you with additional time for the payment of your loan secured by the Mortgage dated 03-16-2004. We are offering you an opportunity to enter a Trial Period Plan for a mortgage modification. This is the first step toward qualifying for more affordable mortgage payments or more manageable terms. It is important that you read this information in its entirety so that you completely understand the actions you need to take to successfully complete the Trial Period Plan to permanently modify your mortgage.

**Property Address: 17 AVE B , PORT WASHINGTON, NY 11050**

**Account Number:** ▮▮▮▮▮▮▮

You have requested that we enter into this Agreement to hold our foreclosure in abeyance. Although we want to help you, we are not able to discontinue foreclosure until your Loan is permanently brought current. In consideration of the mutual promises in this Agreement, you and we agree as follows notwithstanding anything to the contrary contained in the note or mortgage evidencing your Loan:

1. You acknowledge that a default occurred, and your Loan has been properly accelerated and is fully due and payable.
2. You and we agree that your loan will be modified upon the successful completion of this trial plan if/when the following payments are made, in certified funds, within the grace period of fifteen (15) days from the due date. If you fail to make your payments within those 15 days, you have defaulted on the agreement and it will be terminated. Foreclosure proceedings will resume.

   The deposit of $4,000.00 is due 04-01-2019.
   9 trial payments of $4,643.14 beginning 05-01-2019 with a final trial plan payment due on or before 01-01-2020.
   All payments made under this Agreement are to be sent to:

   **BSI Financial Services**
   **Attn: Cashiering**
   **314 S Franklin St. or PO Box 517**
   **Titusville, PA 16354**

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078
Customer Care Hours: Mon. Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
Licensed as Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485 DCA).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



5115

**RE: Account Number:** ▮▮▮▮▮▮▮

**You agree to make payments monthly under the trial plan, as follows:**

Payments submitted must be for the full amount agreed to in the Plan and must be received by the due dates listed below. A 15-day grace period is provided for the payments included in the Plan. If you miss any of your payments by more than 15 days, you have defaulted on the Agreement, it will be terminated, and Foreclosure proceedings will resume.

**AMOUNT AND DATE PAYMENT MUST BE RECEIVED AT**
BSI Financial Services
ATTN: PAYMENT PROCESSING
314 S FRANKLIN ST or PO BOX 517
TITUSVILLE, PA 16354

**OR VIA WIRE TO**
BANK: TEXAS CAPITAL BANK
BENEFICIARY: BSI PAYMENT IN PROCESS CLEARING ACCOUNT
2000 MCKINNEY AVE, SUITE 700
DALLAS, TX 75201
ABA: ▮▮▮▮▮▮
ACCOUNT NUMBER: ▮▮▮▮▮▮
FINAL CREDIT TO: PAYMENTS/CASHIERING
REFERENCE INFORMATION: LOAN NUMBER, BORROWER NAME AND PROPERTY ADDRESS

| Payment Due Date | Scheduled Payment Plan Amount |
|---|---|
| 04-01-2019 | $4,000.00 |
| 05-01-2019 | $4,643.14 |
| 06-01-2019 | $4,643.14 |
| 07-01-2019 | $4,643.14 |
| 08-01-2019 | $4,643.14 |
| 09-01-2019 | $4,643.14 |
| 10-01-2019 | $4,643.14 |
| 11-01-2019 | $4,643.14 |
| 12-01-2019 | $4,643.14 |
| 01-01-2020 | $4,643.14 |

If you have questions about your Trial Period Plan or permanent modification requirements, please contact us at 800-327-7861.

Please fold all prior pages and insert with this stub, facing out, into the included envelope.

ATTN: Payment Processing
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354



5115

OR may be wired to:

Bank: Texas Capital Bank
Beneficiary: BSI PAYMENT IN PROCESS CLEARING ACCOUNT
Payment in Process Clearing Account
2000 McKinney Ave, Suite 700
Dallas, TX 75201
ABA ▮▮▮▮▮▮
Account Number ▮▮▮▮▮▮
Final Credit To: Payments/Cashiering
Reference Information: Loan Number, Borrower Name and Property Address

5. We agree to suspend from further foreclosure proceeding so long as you make all payments required by this Agreement, and otherwise comply with its terms. Also, during the pendency of this Agreement your actual mortgage will continue to be considered delinquent and will show as such with the credit reporting agencies, until such time when you bring the account to a current status. Furthermore, if you seek protection by filing a new request for relief through a Bankruptcy proceeding during the pendency of this agreement, this Agreement immediately becomes Null and Void.

6. All money paid to us during the term of this Agreement is not refundable. It shall be applied as a credit against the entire indebtedness under the Note and Deed for purposes of calculating the amount due at the time of the foreclosure sale, if such a sale is necessary.

7. We have the right to post the property for foreclosure, without the necessity of making a demand/notice of intent to accelerate and take all steps necessary for foreclosure in the event you default under the terms of the Agreement.

8. You must also comply with your entire obligation in the mortgage securing your Loan such as making all payments of taxes, insurance premiums, assessments, and other escrow items, and ensuring that our mortgage or deed of trust retains its priority. Additionally, the Owner of your Note may condition the offer of a Permanent Loan Modification on the completion of an Interior Inspection. A failure to comply with the duty to prevent liens that may obtain priority above ours, or a failure to cooperate with a request for an Interior Inspection, will be sufficient grounds for a denial of a permanent modification.

7. Nothing in this Agreement shall be understood or construed to be a satisfaction or Release in whole or in part of the Note or mortgage evidencing you Loan. Except as otherwise specifically provided in this agreement, the Note and mortgage evidencing you loan will remain unchanged, and you and us remain subject to all of their terms and provisions.

8. Notwithstanding anything herein to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received in that case a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

9. If Bankruptcy Court approval of this Trial Plan Agreement is necessary, it is solely your responsibility to obtain the Court's approval and consent to this Agreement.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                          By: PAULA ABBAMENTE    Date 3/25/19
Borrower Signature

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS #38078
[illegible fine print]