# LAW OFFICE OF JOHN GONZALEZ, P.C.

*3237 Route 112, Bldg 6, Suite 10, Medford, NY 11763*
*150 Motor Parkway, Suite 401, Hauppauge, NY 11788*
**(631) 451-7834** www.nybklawyer.com /
johngonzalez@nybklawyer.com

VIA ECF

October 1, 2019

Hon. Alan S. Trust
U.S. Bankruptcy Court
Eastern District of New York
Alfonse D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

RE: Paula Abbamonte
Case no.: 18-74154 (AST)

### Loss Mitigation Status Letter

To the Honorable Judge Alan S. Trust,

I have confirmed that Mrs. Abbamonte is up to date with her trial modification payments. Her final payment will be in January 2020.

Respectfully Submitted,

/s/ John Gonzalez

**Law Office of John Gonzalez P.C.**
3237 Route Building 6, Ste. 10
Medford, NY 11763
631-451-7834 phone
631-451-0118 fax